FRED S. RADNITZ v. ELECTRIC POWER & LIGHT CORPORATION.—

662

Present —
Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.